# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DANIEL FEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ILLINOIS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Case No. 21-cv-2512<br><br>Judge Andrea R. Wood |

## JOINT STATUS REPORT

Plaintiff Daniel Fee and Defendant Illinois Institute of Technology ("IIT") submit this joint status report in accordance with the Court's April 10, 2023, Minute Order, Dkt. No. 63 to update the Court regarding the status of the settlement in *Veiga v. Respondus*, No. 1:21-cv-02620, and whether any party believes it would be prudent to continue the stay of these proceedings. Settlement of the *Veiga* case, if ultimately approved by an Illinois state court, would have the effect of resolving the Plaintiff's claims in this matter.

A settlement agreement in *Veiga* was finally signed by all parties on April 20, 2023. A copy of the settlement agreement is attached as Exhibit A. Pursuant to the terms of the *Veiga* settlement agreement, the parties have filed an action in state court in DuPage County and will file a Motion for Preliminary Approval within the next few days. The parties continue to believe it would be most efficient for the parties and the Court to continue the stay of this matter until resolution of the proposed class settlement in *Veiga*. Plaintiff and Defendant suggest that they again provide an update in 90 days to keep the Court apprised.

1

Respectfully submitted,

| PLAINTIFF DANIEL FEE | ILLINOIS INSTITUTE OF TECHNOLOGY |
|---|---|
| By: /s/ Brian K. Murphy | By: /s/ William T. "Toby" Eveland, per auth. |
| One of his attorneys | One of its attorneys |
| Brian K. Murphy (murphy@mmmb.com) | William T. "Toby" Eveland |
| (lead trial attorney) | (toby.eveland@saul.com) |
| Joseph F. Murray (murray@mmmb.com) | Christopher S. Naveja |
| Jonathan P. Misny (misny@mmmb.com) | (christopher.naveja@saul.com) |
| Murray Murphy Maul + Basil LLP | Elizabeth A. Thompson |
| 1114 Dublin Road | (elizabeth.thompson@saul.com) |
| Columbus, Ohio 43215 | Andrew E. Bollinger |
|  | (andrew.bollinger@saul.com) |
| Mary C. Turke (mary@turkestrauss.com) | Saul Ewing Arnstein & Lehr LLP |
| Samuel J. Strauss (sam@turkestrauss.com) | 161 North Clark Street, Suite 4200, Chicago, |
| Raina C. Borrelli (raina@turkestrauss.com) | Illinois 60601 |
| Brittany Resch (brittanyr@turkestrauss.com) | (312) 876-7100 |
| Turke & Strauss | |
| 613 Williamson Street, Suite 201 | |
| Madison, Wisconsin 53703 | |
| | |
| Anthony I. Paronich | |
| (anthony@paronichlaw.com) | |
| Paronich Law, P.C. | |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, Massachusetts 02043 | |